FILED '09 NOV 24 17:08 USDC-ORE

Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JACQUELINE J. RIGGS,** | Civil No. 6:07-cv-6293-HO |
| Plaintiff, | |
| vs. | **ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT** |
| **MICHAEL J. ASTRUE,** Commissioner, Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby

ORDERED that:

Counsel is granted 60 days subsequent to Plaintiff's receiving notification of past-due benefits to prepare and submit a request specifying the amount of attorney fees under the Social Security Act.

IT IS SO ORDERED this day of November 24, 2009.

_____
U.S. District Judge

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff